# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EUGENE BASSE,            )<br>                          )<br>     Plaintiff,        )<br>                          )<br>  vs.                     )<br>                          )<br>COMMISSIONER OF SOCIAL SECURITY, )<br>                          )<br>     Defendant.        ) | CASE NO. 09-cv-328-PMF |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came before the Court for judicial review of the Commissioner's decision. The Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that the final decision of Defendant is **reversed**, and this action is **remanded** to the Commissioner of Social Security for further proceedings.

**DATED:** June 21, 2010.                    **NANCY J. ROSENSTENGEL, CLERK**

                                                         **By: s/Karen R. Metheney**
                                                              **Deputy Clerk**

**APPROVED:**

*s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**